**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail:   murban@luch.com
          nring@luch.com

*Counsel for Plaintiffs, Trustees of the*
*Operating Engineers Pension Trust, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS FUND; and TRUSTEES OF THE OPERATING ENGINEERS JOUNREYMAN AND APPRENTICE TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>REPUBLIC CRANE SERVICE, LLC, a Nevada limited-liability company; and RAYMOND P. BELLAMY, an individual,<br><br>Defendants. | CASE NO. 2:11-cv-01317-GMN-PAL<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER THEREON |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Journeyman and Apprentice Training Trust, and Defendants, Republic Crane Service, LLC and Raymond Bellamy, individually, by themselves and through their respective attorneys of record, and subject to the approval and Order of the Court, as follows:

1. A full and final settlement of the above-entitled action has been entered into and agreed to by all parties. Therefore, the parties request that this action be dismissed without prejudice.

2. The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement. The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3. The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the parties herein.

Dated: June 26, 2012         **LAQUER, URBAN, CLIFFORD & HODGE LLP**

By: /s/ Nathan R. Ring
**Nathan R. Ring, Esq., Nevada State Bar No. 12078**
*Counsel for Plaintiffs*

Dated: June 26, 2012         **LITTLER MENDELSON**

By: /s/ James Winkler
**James Winkler, Esq., Nevada State Bar No. 6536**
*Counsel for Defendants*

## ORDER

IT IS HEREBY ORDERED that the above-entitled case be dismissed without prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement of the parties.

**IT IS SO ORDERED** this 27th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge