**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail:      murban@luch.com
             nring@luch.com

*Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS FUND; and TRUSTEES OF THE OPERATING ENGINEERS JOUNREYMAN AND APPRENTICE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>REPUBLIC CRANE SERVICE, LLC, a Nevada limited-liability company; and RAYMOND P. BELLAMY, an individual,<br><br>Defendants. | CASE NO. 2:11-cv-01317-GMN-PAL<br><br>JUDGMENT |

Pursuant to the written Stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

…

…

…

…

1  Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating
2 Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday
3 Savings Trust and Trustees of the Operating Engineers Journeyman and Apprentice Training
4 Trust, shall recover from Defendant, Republic Crane Service, LLC, a Nevada limited liability
5 company, the principal amount of $124,418.59, plus post-judgment interest thereon at the rate set
6 by statute for such interest.

DATED: June 29, 2012

_____
UNITED STATES DISTRICT COURT JUDGE